# NACMIAS LAW FIRM PLLC

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

June 21, 2023

Hon. Lorna G. Schofield
United Stated District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0288

RE: VOLMAN v. EAR INN, INC, et al.,
**DOCKET NO. 1:23-cv-3697 (LGS)**

Dear Judge Schofield,

  The undersigned represents Joseph Volfman, the Plaintiff in the above-referenced matter. I write in response to Your Honor's most recent Order (ECF 8) to provide a status letter and request an adjournment of the initial pretrial conference. This is Plaintiff's first request for an adjournment.

  The Summons and Complaint were served on the Defendants on May 17, 2023, by service upon the Secretary of State of New York. To date, the Defendants have not yet appeared, answered, or otherwise moved or communicated with me. Accordingly, I respectfully request that the initial pretrial conference be adjourned for thirty (30) days to provide defendants additional time to appear.

  Thank you for your time and consideration on this matter.

Respectfully,

By: _____

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057

---

**Application granted in part.** The initial pretrial conference scheduled for June 28, 2023, is adjourned to **July 26, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **July 19, 2023, at 12:00 P.M.**

Dated: June 22, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**