```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
   JOSEPH VOLFMAN,                          :
                              Plaintiff,    :
                                            :            23 Civ. 3697 (LGS)
               -against-                    :
                                            :                ORDER
   EAR INN, INC, et al.,                    :
                              Defendants.   :
                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 22, 2023, required the parties to file a proposed case management plan and joint letter by July 19, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for July 26, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 26, 2023, at 12:00 P.M.** The initial pretrial conference scheduled for July 26, 2023, is adjourned to **August 2, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333.

Dated: July 21, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**